Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Maria Boruta | 18-40901-WJL13 |

## WITHDRAWAL
## OF
Motion to Review Fees of Mellen Law Firm pursuant to 11 U.S.C. §329

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Motion to Review Fees of Mellen Law Firm pursuant to 11 U.S.C. §329 for the above named Chapter 13 Case which was filed on May 01, 2018, same being court docket #21.

Date: May 11, 2018

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In Re: | Chapter 13 Case No: |
|---|---|
| Maria Boruta | 18-40901-WJL13 |

### Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Maria Boruta | Yasha Rahimzadeh Atty |
| 6 Perth Place | 980 - 9Th Street 16Th Fl Pmb 1021 |
| Berkeley,CA 94705-1647 | Sacramento,CA 95814 |
| (Debtor(s)) | (Counsel for Debtor(s)) |

Date: May 11, 2018            /s/ Selesia Fredotovich
                              Selesia Fredotovich